**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED:   10/13/2023        │
└─────────────────────────────────┘
```

---------------------------------------------------------------X

UMAR ALLI,

                              **Plaintiff,**                   **21-CV-09470 (PGG)(SN)**

               -against-                             **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                            **Defendants.**

------------------------------------------------------------ X
------------------------------------------------------------ X

UMAR ALLI,

                              **Plaintiff,**                   **22-CV-07616 (RA)(SDA)**

               -against-

R.N.D.C. WARDEN WALKER, et al.,

                            **Defendants.**

------------------------------------------------------------X
------------------------------------------------------------ X

UMAR ALLI,

                              **Plaintiff,**                   **23-CV-04699 (JGK)(JLC)**

               -against-

E.S.U. PALMER, et al.,

                            **Defendants.**

---------------------------------------------------------------X

------------------------------------------------------------- X

**UMAR ALLI,**

                              **Plaintiff,**                      **23-CV-05239 (JGK)(KHP)**

                 **-against-**

**C.O. WORRELL, et al.,**

                              **Defendants.**

-------------------------------------------------------------X
------------------------------------------------------------- X

**UMAR ALLI,**

                              **Plaintiff,**                      **23-CV-05263 (AS)(KHP)**

                 **-against-**

**E.S.U. CAPTAIN LUE, et al.,**

                              **Defendants.**

-------------------------------------------------------------X
------------------------------------------------------------- X

**UMAR ALLI,**

                              **Plaintiff,**                      **23-CV-05238 (ER)(RWL)**

                 **-against-**

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

       The New York City Law Department has requested that the Court hold a global settlement conference, and it has indicated that Plaintiff is willing to participate. ECF No. 90. To schedule that conference, all parties to the above-captioned cases are directed to coordinate and then contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with three

available dates. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 13, 2023
              New York, New York