UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,                                          23-cv-5239 (JGK)

             Plaintiff,              ORDER

- against -

C.O. WORRELL, ET AL.,

             Defendants.

JOHN G. KOELTL, District Judge:

    The individual that the plaintiff identifies, see ECF No. 18, is not named as a defendant in the complaint. If the plaintiff wishes to add the individual to this action, the plaintiff should file an amended complaint. The Clerk should mail a copy of this Order to the pro se plaintiff and note service on the docket.

SO ORDERED.

Dated:    New York, New York
          October 23, 2023

                                        John G. Koeltl
                                  United States District Judge