UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

               Plaintiff,

    - against -

C.O. WORRELL, ET AL.,

               Defendants.

23-cv-5239 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **January 9, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           December 12, 2023

                                      John G. Koeltl
                             United States District Judge