UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMAR ALLI,

                          Plaintiff,

        - against -

C.O. WORRELL, ET AL.,

                        Defendants.

---

    23-cv-5239 (JGK)(KHP)

    ORDER

JOHN G. KOELTL, District Judge:

    The pre-motion conference scheduled for **January 9, 2024,** at **2:30 p.m.** is canceled in light of the initial case management conference on **February 1, 2024,** at **12:00 p.m.** before Magistrate Judge Katharine H. Parker. The Magistrate Judge will address the motion to dismiss at the initial case management conference.

SO ORDERED.

Dated:    **New York, New York**
           **December 12, 2023**

                                John G. Koeltl
                         United States District Judge