UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                      Plaintiff,                  21-CV-09470 (PGG)(SN)

    -against-                                  **ORDER**

G.R.V.C. WARDEN RENEE, et al.,

                      Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X

UMAR ALLI,

                      Plaintiff,                  22-CV-07616 (RA)(SDA)

    -against-

R.N.D.C. WARDEN WALKER, et al.,

                      Defendants.
------------------------------------------------------------------X
------------------------------------------------------------------X

UMAR ALLI,

                      Plaintiff,                  23-CV-04699 (JGK)(JLC)

    -against-

E.S.U. PALMER, et al.,

                    Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2024

------------------------------------------------------------------ X
**UMAR ALLI,**

                                **Plaintiff,**                    23-CV-05239 (JGK)(KHP)

      -against-

**C.O. WORRELL, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

                                **Plaintiff,**                    23-CV-05263 (AS)(KHP)

      -against-

**E.S.U. CAPTAIN LUE, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

                                **Plaintiff,**                    23-CV-05238 (ER)(RWL)

      -against-

**E.S.U. CAPTAIN MCCARTHY, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X

------------------------------------------------------------- X
**UMAR ALLI,**

                              **Plaintiff,**                        **23-CV-10519 (JLR)**

                -against-

**E.S.U. OFFICER FALCONER, et al.,**

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

     An *ex parte* settlement call between the Court and defense counsel is scheduled for February 1, 2024, at 10:00 a.m. A separate *ex parte* settlement call between the Court and Plaintiff is scheduled for February 1, 2024, at 11:30 a.m. At that time, Great Meadow Correctional Facility shall provide Plaintiff with a private room with a phone. In advance of this call, the Court will contact Great Meadow Correctional Facility to coordinate this call.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       January 18, 2024
                 New York, New York