UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UMAR ALLI,

                              Plaintiff,                  21-CV-09470 (PGG)(SN)

      -against-                                  ORDER GRANTING
                                                               REQUEST FOR
                                                               *PRO BONO* COUNSEL

G.R.V.C. WARDEN RENEE, et al.,

                              Defendants.
------------------------------------------------------------- X
------------------------------------------------------------- X
UMAR ALLI,

                              Plaintiff,                  22-CV-07616 (RA)(SDA)

      -against-

R.N.D.C. WARDEN WALKER, et al.,

                              Defendants.

------------------------------------------------------------X
------------------------------------------------------------- X
UMAR ALLI,

                              Plaintiff,                  23-CV-04699 (JGK)(JLC)

      -against-

E.S.U. PALMER, et al.,

                              Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024

------------------------------------------------------------------ X
**UMAR ALLI,**

          **Plaintiff,**      **23-CV-05239 (JGK)(KHP)**

    **-against-**

**C.O. WORRELL, et al.,**

          **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

          **Plaintiff,**      **23-CV-05263 (AS)(KHP)**

    **-against-**

**E.S.U. CAPTAIN LUE, et al.,**

          **Defendants.**

-----------------------------------------------------------------X
------------------------------------------------------------------ X
**UMAR ALLI,**

          **Plaintiff,**      **23-CV-05238 (ER)(RWL)**

    **-against-**

**E.S.U. CAPTAIN MCCARTHY, et al.,**

          **Defendants.**

-----------------------------------------------------------------X

2

------------------------------------------------------------- X

**UMAR ALLI,**

                              **Plaintiff,**                                23-CV-10519 (JLR)

       -against-

**E.S.U. OFFICER FALCONER, et al.,**

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

      The Court appoints Plaintiff *pro bono* counsel for the limited purpose of assisting with settlement negotiations.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      January 18, 2024
                New York, New York