```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UMAR ALLI,

                         Plaintiff,

-against-

C.O. WORRELL, et al.,

                         Defendants.

23-CV-5239 (JGK) (KHP)

ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO MICROSOFT TEAMS

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Initial Case Management Conference in this matter scheduled for **Monday, March 25, 2024 at 12:00 p.m.** is hereby **converted to Microsoft Teams.** At the scheduled time, the parties shall dial **+646-453-4442, conference ID 747869826#.** .

It is **ORDERED** that the Warden or other official in charge of the Great Meadow Correctional Facility produce plaintiff **UMAR ALLI, DIN 22-B-2174, on March 25, 2024 no later than 12:00 p.m.** to a suitable location in the Facility for the purpose of participating by telephone in the conference

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

**SO ORDERED**.

Dated: February 1, 2024
      New York, New York

                                         KATHARINE H. PARKER
                                         United States Magistrate Judge