USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMAR ALLI, | **ORDER ADJOURNING TELEPHONIC** |
|                   Plaintiff, | **CASE MANAGEMENT CONFERENCE** |
| -against- | |
| | **23-CV-5239 (PGG) (SN)** |
| C.O. WORRELL, et al., | |
|                   Defendants. | |
| UMAR ALLI, | |
|                   Plaintiff, | **23-CV-5263 (PGG) (SN)** |
| -against- | |
| E.S.U. CAPTAIN LUE, et al., | |
|                   Defendants. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

In light of these matters having been reassigned to Judge Sarah Netburn on October 29, 2024 the telephonic Case Management Conference currently scheduled for **December 3, 2024** is hereby adjourned *sine die*.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff Umar Alli DIN #22-B-2174 - Elmira Correctional Facility P.O. Box 500, Elmira NY 114902.**

**SO ORDERED**.

Dated: October 30, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge